4588. INTERNATIONAL SILVER COMPANY *v.* HULL & COMPANY.

The Supreme Court having, in answer to the question certified to it by this court in this case (140 *Ga.* 10, 78 S. E. 609), settled, adversely to the contentions of the plaintiff in error, all the issues involved in the case, the judgment of the court below is        *Affirmed.*

DECIDED JUNE 10, 1913.

Garnishment; from Cobb superior court—Judge Morris. December 14, 1912.

The question certified to the Supreme Court was as follows:

"If one desiring to purchase a stock of merchandise in bulk demands and receives from the vendor a written statement under oath, purporting to contain the names and addresses of all the creditors of the vendor, together with the amount of the vendor's indebtedness to each of them, and within the time required by the statute due notice of the proposed sale, the price to be paid, and the terms and conditions thereof, is given by the purchaser to each of the creditors whose names appear on the list so furnished, and thereafter the purchaser in good faith pays over to the vendor the purchase-price agreed on, without notice or reason to suspect that the vendor has omitted from the sworn list the name of any of his creditors, is the sale void, either in whole or in part, by reason of the fact that the seller omitted the name of one of his creditors, and the purchaser failed to give that creditor notice of the sale, when it appears that such creditor did not in fact have any notice of the sale, and it also appears that the seller is insolvent?"

The Supreme Court answered the question in the negative.

*J. J. Northcutt*, for plaintiff. *Joe J. Abbott*, contra.